**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**


**DANIEL WILLIAMS,**

    **Plaintiff,**

**vs.**                                                          **CASE NO. 1:06CV168-AK**

**MICHAEL J. ASTRUE,**[1]
**Commissioner of Social Security,**

    **Defendant.**

_____/

## OPINION AND FINAL JUDGMENT

Plaintiff brings this cause pursuant to 42 U.S.C. § 405(g) seeking judicial review of the administrative denial of his application for supplemental security income benefits under Title XVI of the Social Security Act dated February 26, 1998, alleging a disability onset date of February 26, 1998. (Doc. 1). Defendant has moved to remand this matter (doc. 17) to the Commissioner under sentence four of 42 U.S.C. § 405(g) which provides that:

> The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted, therefore, as the Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. §405(g).

Defendant concedes that this action should be remanded to the Administrative Law Judge for a finding of disability.  Upon remand, the Appeals Council will assign this matter to an Administrative Law Judge who will be instructed to find Plaintiff disabled based on the application and onset date alleged above.  Plaintiff has no objection to the motion to remand and entry of final judgment.

Accordingly, it is

**ORDERED:**

1. That the decision of the ALJ is **REVERSED AND THIS CAUSE REMANDED** for a finding of disability by the ALJ based on the application and onset date of February 26, 1998.

2. The Clerk shall note on the docket that the Defendant is Michael J. Astrue, the new Commissioner of Social Security.

**DONE AND ORDERED** this *27th* day of March, 2007.

> *s/ A. KORNBLUM*
> **ALLAN KORNBLUM**
> **UNITED STATES MAGISTRATE JUDGE**

No. 1:06CV168-AK